CHARLES FEILER, Respondent, v. L. HUGHE MELTZER, Individually and as President of Poultry Schochtim Union of Greater New York, Local No. 370, and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE DEL-MAC SHOE PROCESS CORPORATION, Appellant, v. KLEVEN SHOE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ERNEST GOLDSMITH, Appellant, v. ABE BLOOM, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

N. Y. RAYON IMPORTING Co., INC., and Others, Respondents, v. JUSTINE M. SPINNLER, as Executrix, etc., and Others, Defendants, Impleaded with SAMUEL W. LOWENBERG and MARTIN LOWENBERG, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ABRAHAM BELL and MURRAY ROTHSTEIN, Doing Business as BONRAY CHOCOLATES, Assignors, to CARMINE PORRAZZO, Assignee, Respondent. HARRY V. SCHECHTER, Claimant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MONROE B. LEVOY, Also Known as ROY POST, Respondent, v. PHILIP MORRIS & Co., LTD., and Another, Defendants, Impleaded with NATIONAL BROADCASTING COMPANY, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WEGNER CANNING CORPORATION, Appellant, v. WEGNER FOOD CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BETTY STONE, Respondent, v. ALEXANDER EISEMANN and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.